UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---------------------------------------------------------x
CLAUDIA BARNETT,                           :
                                           :     CASE NO.: 3:25-cv-00027-JWD-RLB
            Plaintiff,                     :
                                           :     CIVIL ACTION
vs.                                        :
                                           :
                                           :
MWA PERKINS CLUB, L.L.C.,                  :
                                           :
            Defendant.                     :
---------------------------------------------------------x

## NOTICE OF SETTLEMENT

Now Comes Plaintiff, CLAUDIA BARNETT, who advises, in accordance with Local Rule 16(c), that the parties have reached an agreement to settlement terms. Accordingly, Plaintiff requests that this case be administratively closed, subject to a sixty-day order to reopen the case in the event the settlement terms are not consummated.

Dated: March 14, 2025

Respectfully Submitted,

**BIZER & DeREUS, LLC**
*Attorneys for Plaintiff*

*/s/ Garret S. DeReus*
ANDREW D. BIZER (LA # 30396)
GARRET S. DeREUS (LA # 35105)
EVA M. KALIKOFF (LA # 39932)
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996
Email: andrew@bizerlaw.com
       gdereus@bizerlaw.com
       eva@bizerlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been or will be delivered to defense counsel today, March 14, 2025, by EMAIL.

By:/s/ Garret S. DeReus
   **Garret S. DeReus**

1